**Cohn Baughman**
Emmett E. McGowan, III
PA Attorney I.D. 209545
533 Fellowship Road, Suite 120
Mt. Laurel NJ 08054
Telephone: 856-380-8905
emmett.mcgowan@mclolaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BANCO DE SEGUROS DEL ESTADO, )<br>)<br>Defendant. ) | Civil Action No. 24-2768<br><br>Judge: |

### NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Century Indemnity Company hereby gives notice that the above-captioned action is hereby dismissed with each party to bear their own costs.

Dated:  November 7, 2024          Respectfully submitted

                                                                   *Emmett McGowan*
                                                                   _____
                                                                   **Cohn Baughman**
                                                                   Emmett E. McGowan
                                                                   PA Attorney I.D. 209545
                                                                   533 Fellowship Road, Suite 120
                                                                   Mt. Laurel NJ 08054
                                                                   Telephone: (856) 380-8905
                                                                   emmett.mcgowan@mclolaw.com